

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 11, 2024

**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York



     **Re:**    **Fernandez v. Natals, Inc.**
               **Case #: 1:24-cv-5637-KPF**

Dear Judge Failla:

    We represent the Plaintiff in the above matter. We write in response to the Court's request for joint letter and proposed case management plan on this matter. We have just recently been contacted by defendant in this matter and hope to have a waiver of service filed shortly.

    Plaintiff hereby requests an adjournment of the Initial Conference currently scheduled for October 18, 2024 at 12:00 pm to a date at least sixty (60) days from now. This is the first request for an adjournment. Defendant has consented to this adjournment.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                                   Respectfully submitted,

                                                  *s/ Rami M. Salim*
                                                  Rami M. Salim, Esq.

cc:    All Counsel of Record via ECF

Application GRANTED. The initial pretrial conference currently scheduled for October 18, 2024, is hereby ADJOURNED to **January 3, 2025**, at **3:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 6.

Dated:   October 11, 2024           SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE